FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

98 DEC 14 PM 4:53

SIGN _____
RICHARD T. MARTIN
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH R. THOMPSON          CIVIL ACTION

VERSUS          NUMBER 98-824-B - M2

STEPHEN R. WILSON, FRANK L.
LETEFF, AND FOSTER SANDERS          JUDGE _____

## MOTION TO DISMISS

The motion to dismiss of Frank L. Leteff pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) represents that, for the reasons more fully set forth in its accompanying memorandum, the Petition fails to state a claim upon which relief can be granted. Accordingly, all claims against Frank L. Leteff should be dismissed with prejudice and at the cost of plaintiff.

By Attorneys:

KEOGH, COX & WILSON, LTD.

BY: _____
GRACELLA SIMMONS    #12082
STEPHEN M. WHITLOW   #21945
701 MAIN STREET (70802)
P. O. BOX 1151
BATON ROUGE, LA 70821
(225) 383-3796

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Dismiss was mailed this date, postage prepaid, to Mr. Kenneth R. Thompson in Proper Person at his address of 24876 Spillers Ranch Road, Denham Springs, Louisiana, and to all known counsel of record in this proceeding.

BATON ROUGE, LOUISIANA, this _14_ day of _December_, 1998.

_____
GRACELLA SIMMONS

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
98 DEC 15 AM 8: 39
SIGN RICHARD T. MARTIN
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH R. THOMPSON | CIVIL ACTION |
| VERSUS | NUMBER 98-824-B - M2 |
| STEPHEN R. WILSON, FRANK L. LETEFF, AND FOSTER SANDERS | JUDGE _____ |

## NOTICE

TO: KENNETH R. THOMPSON
24876 SPILLERS RANCH ROAD
DENHAM SPRINGS, LOUISIANA

**PLEASE TAKE NOTICE** that Frank L. Leteff will bring his Motion to Dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) on for hearing before the Court on the 19th day of February, 1999 at 9:00 a.m., or as soon thereafter as counsel may be heard.

By Attorneys:

**KEOGH, COX & WILSON, LTD.**

BY: _____
GRACELLA SIMMONS #12082
STEPHEN M. WHITLOW #21945
701 MAIN STREET (70802)
P. O. BOX 1151
BATON ROUGE, LA 70821
(225) 383-3796

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Notice was mailed to Kenneth R. Thompson in Proper Person, at his address of 24876 Spillers Ranch Road, Denham Springs, Louisiana, this date, postage prepaid, and to all known counsel of record in this proceeding.

BATON ROUGE, LOUISIANA, this ___14___ day of ___December___, 1998.

_____
STEPHEN M. WHITLOW